UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DAMON JONES,

                     Plaintiff,

            -against-

AZTEX HATS, INC.,

                     Defendant.

-----------------------------------------------------------X

23-CV-8753 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on October 5, 2023, (Doc. 1), and filed an affidavit of service on November 7, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was November 24, 2023. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 13, 2023. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    November 29, 2023
            New York, New York

                                                  _____
                                                  VERNON S. BRODERICK
                                                  United States District Judge