UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
 
DAMON JONES,

      Plaintiff,

   -against-

AZTEX HATS, INC.,

      Defendant.

----------------------------------------------------------- X

23-CV-8753 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

  Plaintiff filed this action on October 5, 2023, (Doc. 1), and filed an affidavit of service on November 7, 2023, (Doc. 5). The deadline for Defendant to respond to Plaintiff's complaint was November 24, 2023. On November 29, 2023, I directed Plaintiff to seek default judgment by no later than December 13, 2023. (Doc. 6.) I warned, "If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has not sought default judgment or taken any action to prosecute this case.

  Accordingly, Plaintiff's claims are dismissed without prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: December 18, 2023
    New York, New York

                _____
                VERNON S. BRODERICK
                United States District Judge